IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

EDDIE LEEONDRE DAVIDSON, )
)
     Plaintiff, )
)
VS. )        No. 13-1317-JDT-egb
)
CITY OF TRENTON, et al., )
)
     Defendants. )

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

On April 15, 2014, Magistrate Judge Edward G. Bryant issued a report and recommendation [DE# 4] that Plaintiffs Gentry Davidson and Isaiah Davidson be dismissed from the action; that Plaintiff Eddie Davidson's motion to proceed *in forma pauperis* [DE# 2] be granted; that the motion for appointment of counsel [DE# 3] be denied; and that Plaintiff Eddie Davidson be given fourteen (14) days to file an amended complaint alleging only those actions that he contends violated his own constitutional rights. No timely objection has been filed. Consequently, the report and recommendation is ADOPTED in its entirety.

Plaintiffs Gentry Davidson and Isaiah Davidson are hereby DISMISSED from the action. Plaintiff Eddie Davidson's motion to proceed *in forma pauperis* is GRANTED, and his motion for appointment of counsel is DENIED.

Plaintiff Eddie Davidson will have fourteen (14) days from entry of this order in

which to file an amended complaint. Plaintiff is advised that an amended complaint supersedes the original complaint and must be complete in itself without reference to the prior pleading. The text of the complaint must allege sufficient facts to support each claim without reference to any extraneous document. Any exhibits must be identified by number in the text of the amended complaint and must be attached to the complaint. The amendment may not include any claim that was not in the original complaint. Each claim for relief must be stated in a separate count. If Plaintiff fails to file an amended complaint within the time specified, the court will dismiss the original complaint enter judgment without further notice to Plaintiff.

IT IS SO ORDERED.



 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE